Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 67.188.232.22

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC.<br><br>         Plaintiff,<br><br>    vs.<br><br>John Doe  subscriber assigned IP address 67.188.232.22<br>         Defendants. | No. 5:18-cv-03901-NC<br><br>**NOTICE OF APPEARANCE FOR IP address 67.188.232.22** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP address 67.188.232.22.

        DATED this 21st day of August, 2018.

                                         **THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


                                         By /S/  Steve Vondran
                                                Steven C. Vondran, Esq.
                                                *Attorneys for IP address 67.188.232.22*

**ORIGINAL** of the foregoing *e-filed* this 2rd day of August 2018, with:

UNITED STATES DISTRICT COURT

Nathanael Cousins

San Jose Courthouse, Courtroom 5 - 4th Floor
280 South 1st Street, San Jose, CA 95113

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

Executed on August 21th*, 2018,* at Phoenix, Arizona

By:   */s/     Lisa Vondran* _____
         Lisa Vondran, Assistant